UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| PRIME PROPERTY & CASUALTY INSURANCE, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:21-cv-00268-LEW |
| B&V TRUCKING CORP., GEORGE SUKKARIEH, STELLA LOGISTICS, INC., ANNIE TRANSPORT LLC, RON MAZON, and RICHARD EVERETT, | ) ) ) ) ) | |
| Defendants | ) | |

## **JUDGMENT**

The matter is before the Court on Plaintiff Prime Property & Casualty Insurance, Inc.'s Motion for Entry of Final Judgment (ECF No. 29). In this action, Plaintiff seeks a declaratory judgment relating to its duties to the Defendants under Plaintiff's Commercial Auto Insurance Policy No. PC19010642 for any harms arising from a December 18, 2019 motor vehicle collision in Farmington, Maine. All of the named Defendants are insured parties or putative insured parties under the Policy, save one, Richard Everett. Although Richard Everett has filed an answer to Plaintiff's complaint—the only defendant to do so—he has not opposed the pending motion. Nor has any of the other Defendants, all of whom are presently subject to the Court's recent Default Judgment (ECF No. 28) granting declaratory relief to the effect that they are not covered under the subject insurance policy.

Plaintiff's unopposed Motion for Entry of Final Judgment is GRANTED and Plaintiff is awarded the following declaratory relief as against the Defendants in this action: Prime owes no duty to defend or indemnify B&V Trucking Corp., George Sukkarieh, Stella Logistics, Annie Transportation LLC, or Ron Mazon under Commercial Auto Insurance Policy No. PC19010642 for any claims, causes of action, and damages from claims that have been or may be asserted in connection with the aforementioned collision.

In addition, judgment is entered for Plaintiff against George Sukkarieh and B&V Trucking Corp. for full and complete indemnification of Plaintiff from costs, attorneys' fees, expenses, settlement proceeds or other funds expended or deemed owing by reason of the collision.

**SO ORDERED.**

Dated this 17th day of October, 2022.

      /s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE